UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2020 JAN 22 P 12: 27

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN MANUEL ESPINOZA-PENA,

    Defendant.

Case No. 20-CR
[8 U.S.C. § 1326(a)]

20-CR-010

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.    On or about December 19, 2019, in the State and Eastern District of Wisconsin,

**JUAN MANUEL ESPINOZA-PENA,**

an alien who had previously been deported and removed from the United States, was found in the United States, in Milwaukee County, Wisconsin, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, for application for re-admission into the United States.

2.    The defendant previously was ordered removed from the United States on or about April 30, 2014, and was physically removed to Mexico on or about July 5, 2019.

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

FOREPERSON
Dated: January 22, 2020

*Kelly B. Watzka* (signature)

MATTHEW D. KRUEGER
United States Attorney